

# THE THIRTEENTH COURT OF APPEALS

13-19-00467-CV

CITY OF BROWNSVILLE, TEXAS, TONY MARTINEZ, ROSE Z. GOWEN, RICARDO LONGORIA JR., JOEL MUNGUIA, BEN NEECE, AND JESSICA TETREAU IN THEIR OFFICIAL CAPACITIES ONLY

v.

BROWNSVILLE GMS, LTD. AND MICHAEL BENNETT

On Appeal from the
445th District Court of Cameron County, Texas
Trial Cause No. 2019-DCL-02693-I

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

September 27, 2019